AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Reyes Aroldo Matias, on behalf of herself and all other persons similarly situated

*Plaintiff(s)*

v.

Waramaug Hauppauge LLC, Waramaug Hospitality LLC, Terrapin Hospitality LLC, Terrapin Staffing Corp., Terrapin Staffing Company LLC, Paul Nussbaum, Leslie Ng, Craig Nussbaum, Anthony Sherman

*Defendant(s)*

Civil Action No.

AMENDED **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Waramaug Hauppauge LLC 2050 Express Dr. S. Hauppauge, NY 11788
Waramaug Hospitality LLC 338 Minorca Ave 2nd floor, Coral Gables, FL 33134
Terrapin Hospitality LLC 1200 N. Featherwood Dr. Houston, TX 77034
Terrapin Staffing Corporation 1220 S. Alma School Rd. Mesa AZ 85210
Terrapin Staffing Company LLC 1220 S. Alma School Rd. Mesa AZ 85210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter A. Romero, Esq.
Romero Law Group PLLC
490 Wheeler Road, Suite 277
Hauppauge, NY 11788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ______________

______________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: