ROMERO
LAW GROUP PLLC
LABOR AND EMPLOYMENT LITIGATION

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

September 22, 2026

**Via ECF**
Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

Re: *Reyes Aroldo Matias v. Terrepin Staffing Corp. d/b/a Holiday Inn, et al.*
Case No.: 2:23-CV-06153 (JMA) (ARL)

Dear Judge Azrack:

This firm represents the Plaintiff, Reyes Aroldo Matias ("Plaintiff") in this putative collective and class action for violations of the Fair Labor Standards Act and New York Labor Law. We respectfully submit the following status letter, with Defendants' consent, regarding the status of the matter pursuant to the September 15, 2026 Court order requiring same. The parties are in contact and have been working together amicably to resolve the matter in light of, among other things, the revised statute regarding the NYLL § 191 claims made in this matter. We request that the Court allow the Parties three weeks, i.e., through October 13, 2026, to provide an updated status report.

We thank the Court for its time and consideration. Please let us know if Your Honor requires any further information.

Respectfully,

***/s Matthew J. Farnworth***
Matthew J. Farnworth, Esq.

cc: All counsel of record


490 Wheeler Road, Suite 277, Hauppauge, New York 11788 • (631) 257-5588 • overtimelawny.com